```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 25910
   JENNIFER M DYE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-2442

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/29/2008 and was not confirmed.

     The case was dismissed without confirmation 01/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           2607.98          .00          .00
SPRINT                    UNSECURED        NOT FILED          .00          .00
SPRINT                    UNSECURED        NOT FILED          .00          .00
ENTERPRISE RENTA CAR      UNSECURED        NOT FILED          .00          .00
ASSET ACCEPTANCE LLC      UNSECURED            172.75         .00          .00
AT&T                      UNSECURED        NOT FILED          .00          .00
CITY OF CHICAGO DEPT OF   UNSECURED            510.00         .00          .00
COMMONWEALTH EDISON       UNSECURED           1317.49         .00          .00
COMCAST                   UNSECURED        NOT FILED          .00          .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED          .00          .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED          .00          .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED          .00          .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00          .00
ST IL TOLLWAY AUTHORITY   UNSECURED        NOT FILED          .00          .00
MITCHELL N KAY            UNSECURED        NOT FILED          .00          .00
MED1 02 ADVENTIST LA GRA  UNSECURED        NOT FILED          .00          .00
MED1 02 PALOS EMERGENCY   UNSECURED        NOT FILED          .00          .00
MED1 02 PALOS EMERGENCY   UNSECURED        NOT FILED          .00          .00
MED1 02 PALOS EMERGENCY   UNSECURED        NOT FILED          .00          .00
MED1 02 PALOS EMERGENCY   UNSECURED        NOT FILED          .00          .00
NATIONWIDE ACCEPTANCE CO  UNSECURED           5217.22         .00          .00
COM ED                    UNSECURED        NOT FILED          .00          .00
NICOR GAS                 UNSECURED        NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            579.30         .00          .00
SEARS                     UNSECURED        NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED            670.15         .00          .00
EMERGENCY HEALTHCARE PHY  UNSECURED            226.40         .00          .00
TCF BANK                  UNSECURED        NOT FILED          .00          .00
VILLAGE OF JUSTICE        UNSECURED        NOT FILED          .00          .00
AMERICAN INTERNATIONAL R  UNSECURED        NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,474.00                      9.18
TOM VAUGHN                TRUSTEE                                       118.32
DEBTOR REFUND             REFUND                                           .00

          Summary of Receipts and Disbursements:

                      PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 25910 JENNIFER M DYE
```

```
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   127.50

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                   9.18
TRUSTEE COMPENSATION                           118.32
DEBTOR REFUND                                     .00
                        ---------------   ---------------
TOTALS                    127.50                127.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 08 B 25910 JENNIFER M DYE